### 16024. HAWKINS *v.* THE STATE.

LUKE, J. The evidence demanded the defendant's conviction. The special assignments of error in the motion for a new trial are without merit, and the court properly overruled the motion. See *Pullen* v. *State,* 30 *Ga. App.* 24 (116 S. E. 871); *Johnson* v. *State,* 152 *Ga.* 271 (109 S. E. 662, 19 A. L. R. 641).

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

> DECIDED JANUARY 13, 1925.

Indictment for transporting liquor; from Dade superior court— Judge Tarver. September 27, 1924.

*John J. Lively,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.